USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 12/30/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GENERAL ELECTRIC COMPANY, :

        Plaintiff, :

   -against- :

APR ENERGY PLC, :

        Defendant. :
------------------------------------------------------------X

**ORDER**

19-CV-3472 (VM)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on January 9, 2020, at 11:00 a.m. All counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
      December 30, 2019

SO ORDERED:

_/s/ Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE