USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GENERAL ELECTRIC COMPANY, :

    Plaintiff/Counterclaim Defendant : **ORDER**

    v. :

    19-CV-3472 (VM) (KNF)

APR ENERGY PLC, :

    Defendant/Counterclaim Plaintiff :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    Although, on January 24, 2020, the Court denied the parties' request for an extension of "the current case schedule," Docket Entry No. 49, on February 5, 2020, the parties filed their "Stipulation and [Proposed] Order" to extend the time for completing depositions, Docket Entry No. 50, without an accompanying letter or evidence supporting various factual assertions in their proposed order. Notwithstanding this deficiency, the Court has considered the parties' request and proposed schedule.

    It is ORDERED that: (1) all discovery, of whatever nature, be completed on or before April 30, 2020; (2) any dispositive motion be made in accordance with the assigned district judge's Individual Rules of Practice; and (3) if no dispositive motion is made, a joint pretrial order be submitted in accordance with the assigned district judge's Trial Procedures, on or before May 29, 2020. A telephonic status conference will be held with the parties, as scheduled previously, on February 20, 2020, at 10:00 a.m. The parties shall call into (888) 557-8511 and use access code 4862532. No further extension of any deadline will be considered absent a showing of extraordinary circumstances.

Dated: New York, New York
      February 7, 2020                           SO ORDERED:

                                                             _Kevin Nathaniel Fox_
                                                             KEVIN NATHANIEL FOX
                                                             UNITED STATES MAGISTRATE JUDGE