# Weil, Gotshal & Manges LLP

VIA ECF

February 24, 2020

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Jessica L. Falk
+1 (212) 310-8511
jessica.falk@weil.com

```
USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/20
```

Hon. Victor Marrero
United States District Court, S.D.N.Y.
500 Pearl Street
Suite 1040
New York, New York 10007

Re: *General Electric Co. v. APR Energy PLC*, Case No. 19-cv-03472-VM-KNF (S.D.N.Y.)

Dear Judge Marrero:

We represent Plaintiff/Counterclaim Defendant and Third-Party Defendant General Electric Company ("GE") in the above-captioned action. We write, pursuant to Fed. R. Civ. P. 16(b)(4), Local Rule 7.1(d), and Your Honor's Individual Rules of Practice 1.F., to request a new date for the Case Management Conference presently scheduled for February 28, 2020. There has been no prior request to move this Case Management Conference. Defendant/Counterclaim Plaintiff and Third-Party Plaintiffs do not oppose this request for an extension.

We request this extension because lead counsel for GE is unable to attend due to depositions that day in another matter. As such, we respectfully request that the Case Management Conference be rescheduled to a later date.

We are available to discuss if the Court has any questions. We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Jessica L. Falk*
Jessica L. Falk

cc:   Counsel of Record

> Request DENIED. The appearance by lead counsel is excused if there is a suitable surrogate. No issue of substance requiring the presence of lead attorney is expected to arise at the initial conference.
>
> SO ORDERED.
>
> 2-24-20
> DATE           VICTOR MARRERO, U.S.D.J.