```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
GENERAL ELECTRIC COMPANY,            :
                                     :    19 Civ. 3472 (VM)
                       Plaintiff,    :
                                     :
     - against -                     :    ORDER
                                     :
APR ENERGY PLC,                      :
                                     :
                       Defendant.    :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the subsequent conference in the above-captioned action before Judge Marrero, currently scheduled to be held at 4:15 p.m. on Friday, February 28, 2020, is canceled. Because the action was referred to Magistrate Judge Kevin Fox for pretrial supervision, subsequent status conferences should be scheduled before Judge Fox.

**SO ORDERED.**

Dated:    New York, New York
          25 February 2020

                                   _____
                                        Victor Marrero
                                           U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/20