UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GENERAL ELECTRIC COMPANY,

                Plaintiff,

    -against-

APR ENERGY PLC,

                Defendant.
------------------------------------------------------------X

ORDER

19-CV-3472 (VM)(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/20

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephone conference was held with counsel to the respective parties on February 20, 2020.

As a result of the discussion had during the conference, IT IS HEREBY ORDERED that any expert report(s) be served on or before March 31, 2020, and any rebuttal expert report(s) be served on or before April 14, 2020.

Dated: New York, New York
February 26, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE