UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GENERAL ELECTRIC COMPANY,      :

    Plaintiff/Counterclaim Defendant    :     **ORDER**

    v.    :
    19-CV-3472 (VM) (KNF)
APR ENERGY PLC,    :

    Defendant/Counterclaim Plaintiff    :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

This order amends the March 2, 2020 order, Docket Entry No. 60, to correct a date error.

Any expert report(s) shall be served on or before March 13, 2020, and any rebuttal expert report(s) shall be served on or before April 14, 2020.

Dated: New York, New York
      March 5, 2020

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE