UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GENERAL ELECTRIC COMPANY,                :

        Plaintiff,                                   :

        -against-                                   :

APR ENERGY PLC,                                    :

        Defendant.                                :
------------------------------------------------------------X

**ORDER**

19-CV-3472 (VM)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The parties' March 17, 2020 request to extend to May 29, 2020, the time for completing pretrial discovery is granted.

Dated: New York, New York
      March 17, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE