UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GENERAL ELECTRIC COMPANY,                           :

        Plaintiff/Counterclaim Defendant    :  **ORDER**

        v.                                  :  19-CV-3472 (VM) (KNF)

APR ENERGY PLC,                                     :

        Defendant/Counterclaim Plaintiff    :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    Plaintiff General Electric Company filed a motion to compel the defendant and third-party plaintiffs APR Energy Holdings Limited, Power Rental Op Co Australia LLC and Power Rental Asset Co Two LLC (collectively "APR") "to produce communications, information, and documents concerning related claims filed by APR against Baker McKenzie in *APR Energy LLC v. Baker McKenzie*, No. 2017-CA-05595, Fla. Cir. Ct. (Aug. 31, 2017), and the resolution thereof."  APR opposed the motion asserting, inter alia, that it is withholding certain documents based on the grounds of various privileges.  No privilege log was submitted by the parties.  On or before April 15, 2020, APR shall: (1) file its privilege log; and (2) file under seal, by selecting the "Ex Parte" viewing level under Section 6.9 of the court's ECF Rules & Instructions, the documents asserted to be privileged for the Court's in camera review.

Dated: New York, New York
      April 10, 2020                                SO ORDERED:

                                                                              _____
                                                                       KEVIN NATHANIEL FOX
                                                                       UNITED STATES MAGISTRATE JUDGE