UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GENERAL ELECTRIC COMPANY,          :

        Plaintiff,          :

        -against-          :

APR ENERGY PLC,          :

        Defendant.          :
------------------------------------------------------------X

**ORDER**

19-CV-3472 (VM)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on May 14, 2020, at 3:00 p.m.  All counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       May 12, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE