UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | : | |
| Plaintiff, | : | **ORDER** |
| -against- | : | 19-CV-3472 (VM)(KNF) |
| APR ENERGY PLC, | : | |
| Defendant. | : | |

------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the proposed stipulation and protective order appearing at Docket Entry No. 77-1, is approved and adopted as an order of the Court; it shall govern the exchange of material during this litigation.

Dated: New York, New York
       May 26, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE