```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GENERAL ELECTRIC COMPANY,                    :

               Plaintiff/Counterclaim Defendant,  :

                    v.                       :

APR ENERGY PLC,                              :

               Defendant/Counterclaim Plaintiff.  :       ORDER
------------------------------------------------------------X
APR ENERGY HOLDINGS LIMITED, POWER           :       19-CV-3472 (VM) (KNF)
RENTAL OP CO AUSTRALIA LLC, AND
POWER RENTAL ASSET CO TWO LLC,               :

               Third-Party Plaintiffs,       :

                    v.                       :

GENERAL ELECTRIC COMPANY,                    :

               Third-Party Defendant.        :
------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

In the parties' December 18, 2020 joint letter, references are made to the defendant's Fed. R. Civ. P. 30(b)(6) notice and requested topics and testimony of Kent Shoemaker, Aman Joshi, Mirzai Rough and "Barbuto." On or before January 4, 2021, the defendant shall file: (a) the defendant's Rule 30(b)(6) notice with topics; and (b) entire transcripts from depositions of the above-mentioned individuals.

Dated: New York, New York          SO ORDERED:
       December 28, 2020

                                   _____
                                   KEVIN NATHANIEL FOX
                                   UNITED STATES MAGISTRATE JUDGE