```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
GENERAL ELECTRIC COMPANY,                :
                                         :
     Plaintiff/Counterclaim Defendant,   :  19 Civ. 3472 (VM)
                                         :
     - against -                         :     ORDER
                                         :
APR ENERGY PLC,                          :
                                         :
     Defendant/Counterclaim Plaintiff,   :
                                         :
APR ENERGY HOLDINGS LIMITED,             :
POWER RENTAL OP CO AUSTRALIA LLC,        :
AND POWER RENTAL ASSET CO TWO LLC,       :
                                         :
     Third-Part Plaintiffs,              :
                                         :
     - against -                         :
                                         :
GENERAL ELECTRIC COMPANY,                :
                                         :
     Third-Party Defendant.              :
-----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Consistent with the Court's Individual Practices, the parties in the above captioned matter filed letter motions requesting authorization to redact certain material and file a number of exhibits under seal. (See "Letter Motions," Dkt. Nos. 143 & 151.) In particular, the parties' respective memoranda of law and Local Rule 56.1 counterstatements of fact, filed on March 29, 2021 in connection with pending motions for summary judgment, contain material designated Confidential, Highly Confidential, or Attorneys' Eyes Only under the governing protective order. (See Dkt. No. 78.)

Further consistent with the Court's Individual Practices, the parties filed unredacted copies under seal with the Court and redacted copies in the public docket. Materials may remain under seal "if the sealing order is narrowly tailored to achieve that aim." Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 124 (2d Cir. 2006). Accordingly, it is hereby

**ORDERED** that the letter motions to seal (Dkt. Nos. 143 & 151) are GRANTED.

**SO ORDERED.**

Dated:   New York, New York
         31 March 2021

_____
Victor Marrero
U.S.D.J.