```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
GENERAL ELECTRIC COMPANY,                :
                                         :
     Plaintiff/Counterclaim Defendant,   : 19 Civ. 3472 (VM)
                                         :
     - against -                         :        ORDER
                                         :
APR ENERGY PLC,                          :
                                         :
     Defendant/Counterclaim Plaintiff,   :
                                         :
APR ENERGY HOLDINGS LIMITED,             :
POWER RENTAL OP CO AUSTRALIA LLC,        :
AND POWER RENTAL ASSET CO TWO LLC,       :
                                         :
     Third-Part Plaintiffs,              :
                                         :
     - against –                         :
                                         :
GENERAL ELECTRIC COMPANY,                :
                                         :
     Third-Party Defendant.              :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2021

**VICTOR MARRERO, United States District Judge.**

Consistent with the Court's Individual Practices, on April 19, 2021, the parties in the above captioned matter filed letter motions requesting authorization to file certain documents under seal. (See Dkt. Nos. 160 & 166.) The next day, counsel for General Electric Company indicated via email to chambers that it had inadvertently filed a document publicly and was seeking authorization to file that document also under seal, consistent with its letter motion. (See Dkt. Nos. 166 & 172.)

Materials may remain under seal "if the sealing order is narrowly tailored." Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 124 (2d Cir. 2006). The Court having reviewed the filings and email correspondence, grants the requests to file under seal and confirms that the document filed at Dkt. No. 172 may remain under seal. Accordingly, it is hereby

**ORDERED** that the letter motions to seal (Dkt. Nos. 160 & 166) are **GRANTED.**

**SO ORDERED.**

Dated:   New York, New York
         20 April 2021

_____
Victor Marrero
U.S.D.J.