USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
GENERAL ELECTRIC COMPANY,              :
                                       :
    Plaintiff/Counterclaim Defendant,  : 19 Civ. 3472 (VM)
                                       :
    - against -                        :          **ORDER**
                                       :
APR ENERGY PLC,                        :
                                       :
    Defendant/Counterclaim Plaintiff,  :
                                       :
APR ENERGY HOLDINGS LIMITED,           :
POWER RENTAL OP CO AUSTRALIA LLC,      :
AND POWER RENTAL ASSET CO TWO LLC,     :
                                       :
    Third-Part Plaintiffs,             :
                                       :
    - against –                        :
                                       :
GENERAL ELECTRIC COMPANY,              :
                                       :
    Third-Party Defendant.             :
-----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Consistent with the Court's Individual Practices, on February 26, 2021, the parties in the above captioned matter filed letter motions requesting authorization to file certain documents under seal. (See Dkt. Nos. 125 & 128.) At the same time, the parties filed unredacted copies under seal with the Court and redacted copies in the public docket. Materials may remain under seal "if the sealing order is narrowly tailored to achieve that aim." Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 124 (2d Cir. 2006). The Court having found good

cause to grant the requests for seal, accordingly, it is hereby

**ORDERED** that the letter motions to seal (Dkt. Nos. 125 & 128) are **GRANTED**.

**SO ORDERED.**

Dated:   New York, New York
         30 April 2021

_____
Victor Marrero
U.S.D.J.