**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/21
```

GENERAL ELECTRIC COMPANY,

    Plaintiff/Counterclaim Defendant,

        -against-

APR ENERGY PLC,

    Defendant/Counterclaim Plaintiff,

APR ENERGY HOLDINGS LIMITED, POWER RENTAL OP CO AUSTTRALIA LLC, AND POWER RENTAL ASSET CO TWO LLC,

    Third-Party Plaintiffs,

        -against-

GENERAL ELECTRIC COMPANY,

    Third-Party Defendant.

**19 Civ. 3472 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Consistent with the Court's Individual Rules, on November 24, 2021, Defendant/Counterclaim Plaintiff APR Energy plc and Third-Party Plaintiffs APR Energy Holdings Ltd., Power Rental Op Co Australia LLC, and Power Rental Asset Co. Two LLC (collectively "APR") requested leave to file under seal exhibits to its opposition to General Electric Co.'s ("General Electric") objection to Magistrate Judge Fox's order denying General Electric's motion to compel production. (See Dkt. No. 196.) At the same time, APR filed redacted versions of these exhibits. (See

Dkt. Nos. 199-2, 199-4.) APR requests that these exhibits remain under seal until the resolution of this case because the exhibits were marked Confidential or Highly Confidential pursuant to the Stipulation and Protective Order for the Production and Exchange of Confidential Information, (Dkt. Nos. 77-1 & 78).

Materials may remain under seal "if the sealing order is narrowly tailored to achieve that aim." Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 124 (2d Cir. 2006). The Court finds good cause to grant the requests for sealing the exhibits to APR's opposition brief.

General Electric also requests an extension of the deadline to file its reply to APR's opposition from December 1, 2021, to December 3, 2021, due to the intervening Thanksgiving holiday.

For the reasons stated above, it is hereby

**ORDERED** that the letter motion to seal (Dkt. No. 196) is **GRANTED**; and it is further

**ORDERED** that General Electric's request to extend the deadline to file its reply to APR's opposition to December 3, 2021, is **GRANTED.**

**SO ORDERED.**

Dated:    New York, New York
          November 29, 2021

_____
Victor Marrero
U.S.D.J.